# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **George Leroy Pettit II** : | Case No. 16−23407−GLT |
| **Paulette Jo Pettit** : | Chapter: 13 |
| **fka Paulette Jo Johnson** : | |
| *Debtor(s)* : | |
| : | |
| PNC Bank, NA : | Related to Claim No. 13 |
| *Movant,* : | |
| : | |
| v. : | |
| George Leroy Pettit II : | |
| Paulette Jo Pettit : | |
| fka Paulette Jo Johnson : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  12/21/2018 .

Dated: December 7, 2018

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
George Leroy Pettit, II  
Paulette Jo Pettit  
    Debtors

Case No. 16-23407-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Dec 07, 2018  
                       Form ID: 128     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.  
aty       +David A. Rice,   Rice & Associates Law Firm,   15 West Beau Street,   Washington, PA 15301-6805  
aty       +Scott R. Lowden,   Nicotero & Lowden PC,   3948 Monroeville Blvd., Suite 2,   Monroeville, PA 15146-2437  
            +CHRISTINE KINDERDINE,   PNC MORTGAGE, A DIVISION OF PNC BANK,   3232 NEWMARK DRIVE,   MIAMISBURG, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:  
             David    Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com  
             David    Neeren    on behalf of Creditor    PNC Bank, N.A. dneeren@rasnj.com  
             David A. Rice    on behalf of Debtor George Leroy Pettit, II ricelaw1@verizon.net, lowdenscott@gmail.com  
             David A. Rice    on behalf of Joint Debtor Paulette Jo Pettit ricelaw1@verizon.net, lowdenscott@gmail.com  
             James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
             Scott R. Lowden    on behalf of Joint Debtor Paulette Jo Pettit niclowlgl@comcast.net  
             Scott R. Lowden    on behalf of Debtor George Leroy Pettit, II niclowlgl@comcast.net  
             TOTAL: 9