**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-23407-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

George Leroy Pettit, II
1970 Jefferson Avenue
Washington PA 15301

Paulette Jo Pettit
1970 Jefferson Avenue
Washington PA 15301

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 16: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

Name and Address of Transferee:

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK  73118

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/17/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-23407-GLT
George Leroy Pettit, II                                                          Chapter 13
Paulette Jo Pettit
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14342252         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:03:50
            WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
            David  Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
            David  Neeren    on behalf of Creditor    PNC Bank, N.A. dneeren@rasnj.com
            David A. Rice    on behalf of Debtor George Leroy Pettit, II ricelaw1@verizon.net,
              lowdenscott@gmail.com
            David A. Rice    on behalf of Joint Debtor Paulette Jo Pettit ricelaw1@verizon.net,
              lowdenscott@gmail.com
            James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
            Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Scott R. Lowden    on behalf of Joint Debtor Paulette Jo Pettit niclowlgl@comcast.net
            Scott R. Lowden    on behalf of Debtor George Leroy Pettit, II niclowlgl@comcast.net
                                                                                    TOTAL: 9