FILED
9/23/21 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

  GEORGE LEROY PETTIT, II
PAULETTE JO PETTIT
      Debtor(s)

  Ronda J. Winnecour, Trustee
   Movant

     vs.

  GEORGE LEROY PETTIT, II
PAULETTE JO PETTIT

      Respondents

Case No.16-23407GLT

Chapter 13

Related to Docket No. 40

---

## ORDER TO STOP PAYROLL DEDUCTIONS

    AND NOW, this _23rd Day of September, 2021_ ____, it is hereby ORDERED, ADJUDGED, and DECREED that,

Five Below
Attn: Payroll Manager
1818 Market St Ste 1900
Philadelphia,PA 19103

is hereby ordered to immediately terminate the attachment of the wages of GEORGE LEROY

PETTIT, II, social security number XXX-XX-3150.  No future payments are to be sent to Ronda

J. Winnecour, Trustee on behalf of GEORGE LEROY PETTIT, II.

FURTHER ORDERED:

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                   Case No. 16-23407-GLT

George Leroy Pettit, II                                                  Chapter 13

Paulette Jo Pettit

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: mgut                               Page 1 of 2

Date Rcvd: Sep 23, 2021                     Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Leroy Pettit, II, Paulette Jo Pettit, 1970 Jefferson Avenue, Washington, PA 15301-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021                          Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| David Neeren | on behalf of Creditor PNC Bank  N.A. dneeren@rasnj.com |
| David A. Rice | on behalf of Debtor George Leroy Pettit  II ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | |

on behalf of Joint Debtor Paulette Jo Pettit ricelaw1@verizon.net  lowdenscott@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor George Leroy Pettit  II niclowlgl@comcast.net

Scott R. Lowden
on behalf of Joint Debtor Paulette Jo Pettit niclowlgl@comcast.net


TOTAL: 10