Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **George Leroy Pettit II** | : | Case No. 16−23407−GLT |
| **Paulette Jo Pettit** | : | Chapter: 13 |
| **fka Paulette Jo Johnson** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 42 |
| | : | |
| v. | : | Hearing Date: 11/17/21 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this ***The 24th of September, 2021***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 42 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  ***On or before November 8, 2021***, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***November 17, 2021 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
George Leroy Pettit, II  
Paulette Jo Pettit  
    Debtors

Case No. 16-23407-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: Sep 24, 2021      Form ID: 604      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Leroy Pettit, II, Paulette Jo Pettit, 1970 Jefferson Avenue, Washington, PA 15301-1507 |
| 14288361 | + | Cap1/bstby, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14288368 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14296973 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 24 2021 23:31:26 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288362 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:21:04 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032962 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 24 2021 23:31:29 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14317331 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:21:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14332163 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2021 23:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14288364 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 24 2021 23:12:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14288365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 23:12:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14288367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 23:31:37 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14342100 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14288366 | + | Email/PDF: pa_dc_ed@navient.com | Sep 24 2021 23:31:25 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14288363 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 24 2021 23:20:54 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14347363 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2021 23:31:26 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745429 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 24 2021 23:31:26 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14288369 | + | Email/Text: bk@lendingclub.com | Sep 24 2021 23:12:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14328992 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:20:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14331745 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2021 23:12:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288370 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2021 23:20:59 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14339140 | | Email/PDF: pa_dc_claims@navient.com | Sep 24 2021 23:21:15 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14335300 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14335696 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14288371 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14288372 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2021 23:12:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14349442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 23:21:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14320037 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 23:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14289169 | | Email/PDF: rmscedi@recoverycorp.com | Sep 24 2021 23:31:25 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 23:31:36 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14288374 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14288375 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:04 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14288376 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:05 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14288377 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 14288378 | | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 23:21:13 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14288379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2021 23:31:37 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14342252 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:21:13 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14288380 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 23:20:54 | Worlds Foremost Bank / Cabellas, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**

Case 16-23407-GLT    Doc 46    Filed 09/26/21    Entered 09/27/21 00:26:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 604 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  N.A. dneeren@rasnj.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| David A. Rice | on behalf of Debtor George Leroy Pettit  II ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Paulette Jo Pettit ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Paulette Jo Pettit niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor George Leroy Pettit  II niclowlgl@comcast.net |

TOTAL: 10