**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  GEORGE LEROY PETTIT, II
  PAULETTE JO PETTIT
         Debtor(s)

  Ronda J. Winnecour
         Movant
     vs.
  No Repondents.

Case No.:16-23407

Chapter 13

Related to Docket No. 42

ORDER OF COURT

AND NOW, this 10th Day of November, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23407-GLT |
| George Leroy Pettit, II | Chapter 13 |
| Paulette Jo Pettit | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George Leroy Pettit, II, Paulette Jo Pettit, 1970 Jefferson Avenue, Washington, PA 15301-1507 |
| 14288361 | + | Cap1/bstby, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14288368 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14296973 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 23:51:26 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288362 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 23:51:31 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15032962 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 23:51:28 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14317331 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 23:51:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14332163 | + | Email/Text: bankruptcy@cavps.com | Nov 10 2021 23:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14288364 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 10 2021 23:40:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14288365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2021 23:40:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14288367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:34 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14342100 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14288366 | + | Email/PDF: pa_dc_ed@navient.com | Nov 10 2021 23:51:26 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14288363 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 23:51:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14347363 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:34 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745429 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-23407-GLT   Doc 59   Filed 11/12/21   Entered 11/13/21 00:29:20   Desc Imaged
                             Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2021 23:51:27 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14288369 | + | Email/Text: bk@lendingclub.com | Nov 10 2021 23:40:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14328992 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2021 23:51:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14331745 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2021 23:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288370 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2021 23:51:25 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14339140 | | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 23:51:38 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14335300 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14335696 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14288371 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14288372 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14349442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 23:51:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14320037 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14289169 | | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 23:51:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:28 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14288374 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:37 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14288375 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:31 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14288376 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:31 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14288377 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:37 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 14288378 | | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:26 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 14288379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:28 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14342252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 23:51:25 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14288380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 23:51:31 | Worlds Foremost Bank / Cabellas, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

David Neeren
    on behalf of Creditor PNC Bank  N.A. dneeren@rasnj.com

David Neeren
    on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com

David A. Rice
    on behalf of Debtor George Leroy Pettit  II ricelaw1@verizon.net, lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Paulette Jo Pettit ricelaw1@verizon.net  lowdenscott@gmail.com

Maria Miksich
    on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Joint Debtor Paulette Jo Pettit niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Debtor George Leroy Pettit  II niclowlgl@comcast.net

TOTAL: 11